UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                                            |
                                            |
KENDRA S. VANDERLEE,                        |   Case No. 1:10-cv-280
                                            |
    Plaintiff,                             |   HONORABLE PAUL L. MALONEY
                                            |
    v.                                     |   Magistrate Judge Joseph G. Scoville
                                            |
JOHN E. POTTER, POSTMASTER GENERAL,         |
                                            |
    Defendant.                             |
                                            |
_____

## **JUDGMENT**

Final judgment is hereby entered in favor of the defendant and against the plaintiff.

**IT IS SO ORDERED** this 18th day of May 2011.

                                                              /s/ Paul L. Maloney
                                                              Honorable Paul L. Maloney
                                                              Chief United States District Judge